In re Reilly, Charles S.; Osborne, Rosemary M.; Simmons, Edward M.; Osborn, Harold G. Jr.; Hewitt, Sarah Osborn; Gibbs, Rosemary Osborn; Simmons, Fisher E. Jr.; Simmons, William M.; Reily, Anne Brown; Matthew, Leila Brown; Brown, Alfred W. Sr.; Brown, Leila M.; Brown, Louisette Trusdale; Brown, Alfred W. Jr.; Eden, Dorothy Ward; Ward, Charles L.; Thomson, Majorie Ward; Olson, Phyllis Bristol; Sharkey, Janet Ward; Leonard, Meredith Rowbotham; Rowbotham, Gardner C.; DeSalvo, F.L.; Rowbotham, Harrison F. Jr.; Bristol, Alma Ward; Bristol, Eileen Ward; Ward, David S.; Rowbotham, Stephanie Chase; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA87-0943; Parish of Vermilion, 15th Judicial District Court Div. “I”, No. 81-42886-1.
Prior report: La.App., 533 So.2d 1341.
Denied.